No. D–2615.   IN RE DISCIPLINE OF COTTER.   Richard T. Cotter, of Fort Myers Beach, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2717.   IN RE DISCIPLINE OF ADORNO.   Henry Nissim Adorno, of Miami, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2718.   IN RE DISCIPLINE OF CRUSE.   Samuel Warren Cruse, of Augusta, Ga., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2719.   IN RE DISCIPLINE OF BARTKO.   Gregory Bartko, of Atlanta, Ga., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2720.   IN RE DISCIPLINE OF REGAN.   Cabell Jones Regan, of Pittsboro, N. C., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2721.   IN RE DISCIPLINE OF FORD.   Tonya L. Ford, of Raleigh, N. C., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.

No. 11M45.   WAUGH v. ANHEUSER-BUSCH INBEV ET AL.   Motion to direct the Clerk to file petition for writ of certiorari out of time denied.